IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent | ) | Case Nos.   CV-05-123-E-BLW |
| | ) | CR-03-189-E-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| MERRILL ERIC PAYNE, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 filed by MERRILL ERIC PAYNE is DISMISSED with prejudice.

DATED: **August 23, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**